NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3048

TAMILO P. FEA,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC0752080398-I-1.

ON MOTION

ORDER

Tamilo P. Fea moves to reinstate this petition for review.

On December 31, 2008, Fea's petition was dismissed by the court for failure to pay the docketing fee. Fea has now paid the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted. The mandate is recalled, the December 31, 2008 order is vacated, and Fea's petition for review is reinstated.

(2)    Fea's brief is due within 21 days of the date of filing of this order.

FOR THE COURT

FEB 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Ariel E. Solomon, Esq.
       Allison Kidd-Miller, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 1 2009

JAN HORBALY
CLERK